## HEARD *v.* THE STATE.

WYATT, Justice. Where an accused, who has been convicted under an indictment for burglary, files a motion in arrest of judgment and thereafter excepts to a judgment overruling the motion, the Court of Appeals and not this court has jurisdiction to pass upon the writ of error.

*Transferred to the Court of Appeals. All the Justices concur, except Bell, J., absent on account of illness.*

No. 16289. SEPTEMBER 14, 1948.

*Lester Dickson,* for plaintiff in error.

*F. E. Strickland, Solicitor-General,* contra.